IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR ANTONIO GARCIA-SALINAS
A/K/A MELCHOR ARTURO LOPEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

***E-FILED - 9/30/09***

CASE NO.: C-04-04177-RMW
*(Related to: CR-00-20335-RMW)*

ORDER DENYING MOTION PURSUANT TO 28 U.S.C. § 2255

Nothing has been filed since the court's order of November 20, 2008. Therefore, the motion by Oscar Antonio Garcia-Salinas AKA Melchor Arturo Lopez to set aside his sentence and conviction filed pursuant to 28 U.S.C. §2255 is denied.

The clerk may administratively close the file.

DATED: 9/30/09

_____
RONALD M. WHYTE
United States District Judge

ORDER REQUESTING RESPONSE FROM GOVERNMENT
NO.  C-04-04177-RMW (Related to: CR-00-20335-RMW)               1

1
2  Order Mailed to:

3  **Oscar Antonio Garcia-Salinas**
   FRN 99454-111
4  FCI Lompoc
   3600 Guard Road
5  Lompoc, CA 93436

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER REQUESTING RESPONSE FROM GOVERNMENT
NO.  C-04-04177-RMW (Related to: CR-00-20335-RMW)          2